# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

PRECIOUS LUCKIE,

        Plaintiff,       :    Case No. 3:12-cv-382

  - vs -                                District Judge Walter Herbert Rice
                                          Magistrate Judge Michael R. Merz

HEALTHBRIDGE MANAGEMENT,
  LLC, et al.,

             .                  :
        Defendants.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned action is transferred from The Honorable Michael R. Merz to The Honorable Michael J. Newman.

June 20, 2013.

                                                                     s/ *Michael R. Merz*
                                                        United States Magistrate Judge